■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DYCHA, Appellant. [689 NYS2d 889] —Judgment unani-

mously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Erie County Court, Drury, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Hurlbutt, JJ.